JULIE L. TAYLOR, CASB No. 154341
julie.taylor@kyl.com
ALEXANDER J. CASNOCHA, CASB No. 278803
alexander.casnocha@kyl.com
KEESAL, YOUNG & LOGAN
A Professional Corporation
450 Pacific Avenue
San Francisco, California 94133
Telephone:   (415) 398-6000
Facsimile:    (415) 981-0136

Attorneys for Defendant
CITIGROUP INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DINO BELLUOMINI, SUSAN FLAHERTY, STELLA PASTRY CAFE, VICTORIA PASTRY CO. INC., <br><br> Plaintiffs, <br><br> vs. <br><br> CITIGROUP INC.; WELLS FARGO & COMPANY; and DOES 1 through 100, <br><br> Defendants. | Case No. CV-13-01743-CRB <br><br> **STIPULATION FOR REQUEST FOR CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE; ORDER** <br><br> Date:   August 9, 2013 <br> Time:   8:30 a.m. <br> Place:   Courtroom 6, 17th Floor |

**TO CLERK OF COURT AND TO ALL PARTIES OF RECORD**:

Defendants CITIGROUP INC. and WELLS FARGO BANK, N.A. (erroneously sued as "Wells Fargo & Company") (collectively, "Defendants"), and plaintiffs DINO BELLUOMINI, SUSAN FLAHERTY, STELLA PASTRY CAFÉ and VICTORIA PASTRY CO. INC. (collectively, "Plaintiffs") (together with Defendants, the "Parties"), through their respective counsel, hereby stipulate and agree as follows:

WHEREAS, the Initial Case Management Conference is currently scheduled for August 9, 2013, at 8:30 a.m. in Courtroom 6 on the 17th Floor of San Francisco's Federal Building;

WHEREAS, Defendants filed Motions to Dismiss and a hearing on the Motions occurred on June 28, 2013 at 10:00 a.m.;

1                                                                                                          KYL_SF606105

WHEREAS, the Court issued its Order on the Motions to Dismiss on July 23, 2013, granting Defendants' Motions but also granting Plaintiffs leave to amend their individual claims for breach of contract and invasion of privacy; and

WHEREAS, the Parties participated in a phone conference on July 22, 2013 and in light of the unsettled pleadings, the Parties agreed to file a stipulation to continue the Initial Case Management Conference and all associated deadlines.

NOW, THEREFORE, the Parties stipulate and agree as follows:

The Parties request a continuance of the Initial Case Management Conference, and all related deadlines, and request that the Court reschedule the Initial Case Management Conference for a date that is convenient for the Court either on or after October 18, 2013.

**IT IS SO STIPULATED.**

DATED: July 25, 2013

/s/ Alexander J. Casnocha
JULIE L. TAYLOR
ALEXANDER J. CASNOCHA
KEESAL, YOUNG & LOGAN
Attorneys for Defendant
CITIGROUP INC.

DATED: July 25, 2013

/s/ Mark I. Wright
MARK I. WRIGHT
SEVERSON & WERSON
Attorneys for Defendant
WELLS FARGO BANK, N.A. (erroneously sued as Wells Fargo & Company)

DATED: July 25, 2013

/s/ Jason Lundberg
JASON LUNDBERG
ALLEGIANCE LAW
Attorneys for Plaintiffs
DINO BELLUOMINI, SUSAN FLAHERTY, STELLA PASTRY CAFÉ and VICTORIA PASTRY CO. INC

**ORDER**

Pursuant to the stipulation of the Parties and good cause appearing, it is hereby ORDERED that the Initial Case Management Conference, and all related deadlines, be continued to October 18, 2013, at 8:30 a.m.

Dated: July 29, 2013

_____
THE HONORABLE CHARLES R. BREYER

