1  JULIE L. TAYLOR, CASB No. 154341
   julie.taylor@kyl.com
2  ALEXANDER J. CASNOCHA, CASB No. 278803
   alexander.casnocha@kyl.com
3  KEESAL, YOUNG & LOGAN
   A Professional Corporation
4  450 Pacific Avenue
   San Francisco, California 94133
5  Telephone:     (415) 398-6000
   Facsimile:     (415) 981-0136
6
   Attorneys for Defendants
7  CITIGROUP INC. and CITIBANK, N.A.

8                  UNITED STATES DISTRICT COURT
9                  NORTHERN DISTRICT OF CALIFORNIA
10

11 DINO BELLUOMINI, SUSAN FLAHERTY,        ) Case No. CV-13-01743-CRB
   STELLA PASTRY CAFE, VICTORIA PASTRY    )
12 CO. INC.,                               )
                                           ) STIPULATION FOR REQUEST FOR
13                         Plaintiffs,     ) CONTINUANCE OF INITIAL CASE
                                           ) MANAGEMENT CONFERENCE;
14        vs.                              ) [~~PROPOSED~~] ORDER
                                           )
15 CITIGROUP, INC., CITIBANK, N.A., WELLS ) Date:    October 18, 2013
   FARGO & COMPANY, et al.,                ) Time:    8:30 a.m.
16                                         ) Place:   Courtroom 6, 17th Floor
                         Defendants.       )
17 _____)

18 **TO CLERK OF COURT AND TO ALL PARTIES OF RECORD:**

19    Defendants CITIGROUP INC., CITIBANK, N.A. and WELLS FARGO BANK, N.A.
20 (erroneously sued as "Wells Fargo & Company") (collectively, "Defendants"), and plaintiffs DINO
21 BELLUOMINI, SUSAN FLAHERTY, STELLA PASTRY CAFÉ and VICTORIA PASTRY CO.
22 INC. (collectively, "Plaintiffs") (together with Defendants, the "Parties"), through their respective
23 counsel, hereby stipulate and agree as follows:
24
25    WHEREAS, the Initial Case Management Conference is currently scheduled for October 18,
26 2013, at 8:30 a.m. in Courtroom 6 on the 17th Floor of San Francisco's Federal Building;
27    WHEREAS, Defendants filed Motions to Dismiss Plaintiffs' First Amended Complaint (the
28 "Motions") and a hearing on the Motions is currently set for October 11, 2013 at 10:00 a.m.; and

1  WHEREAS, in light of the pending Motions and unsettled nature of the pleadings, the Parties have agreed to file a stipulation to continue the Initial Case Management Conference and all associated deadlines.

NOW, THEREFORE, the Parties stipulate and agree as follows:

The Parties request a continuance of the Initial Case Management Conference, and all related deadlines, and request that the Court reschedule the Initial Case Management Conference for a date that is convenient for the Court either on or after November 22, 2013.

**IT IS SO STIPULATED.**

DATED: September 27, 2013           /s/ Alexander J. Casnocha
                                    JULIE L. TAYLOR
                                    ALEXANDER J. CASNOCHA
                                    KEESAL, YOUNG & LOGAN
                                    Attorneys for Defendants
                                    CITIGROUP INC. and CITIBANK, N.A.

DATED: September 27, 2013           /s/ Mark I. Wright
                                    MARK I. WRIGHT
                                    SEVERSON & WERSON
                                    Attorneys for Defendant
                                    WELLS FARGO BANK, N.A. (erroneously sued as Wells Fargo & Company)

DATED: September 27, 2013           /s/ Jason Lundberg
                                    JASON LUNDBERG
                                    ALLEGIANCE LAW
                                    Attorneys for Plaintiffs
                                    DINO BELLUOMINI, SUSAN FLAHERTY, STELLA PASTRY CAFÉ and VICTORIA PASTRY CO. INC

## ORDER

Pursuant to the stipulation of the Parties and good cause appearing, it is hereby ORDERED that the Initial Case Management Conference, and all related deadlines, be continued to November 22, 2013, at 8:30 a.m.

Dated: October 1, 2013

_____
THE H_____. BREYER

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

**Stipulations**
3:13-cv-01743-CRB Belluomini et al v. CitiGroup, Inc. et al

ADRMOP,RELATE

# U.S. District Court

# California Northern District

## Notice of Electronic Filing

The following transaction was entered by Casnocha, Alexander on 9/27/2013 at 4:39 PM and filed on 9/27/2013

**Case Name:** Belluomini et al v. CitiGroup, Inc. et al
**Case Number:** 3:13-cv-01743-CRB
**Filer:** CitiGroup, Inc.
Citibank, N.A.
**Document Number:** 45

**Docket Text:**
**STIPULATION WITH PROPOSED ORDER** *for Request for Continuance of Initial Case Management Conference* **filed by CitiGroup, Inc., Citibank, N.A.. (Casnocha, Alexander) (Filed on 9/27/2013)**

**3:13-cv-01743-CRB Notice has been electronically mailed to:**

Alexander Casnocha    alexander.casnocha@kyl.com, denise.brasher@kyl.com

Alisa Alexandra Givental    aag@severson.com, jc@severson.com, tmp@severson.com

Jason Austin Joseph Lundberg    jason@allegiancelaw.com

Julie L. Taylor    julie.taylor@kyl.com, maricel.schilt@kyl.com

Mark Ian Wraight    miw@severson.com, jc@severson.com, kmd@severson.com

**3:13-cv-01743-CRB Please see Local Rule 5-5; Notice has NOT been electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\fakepath\Belluomini_-_2nd_Stipulation_to_Continue_CMC.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=9/27/2013] [FileNumber=10019387-0]
[387f55e7b73bf389c04dd1dc20bbe1ddb3e7bec44ad6319cb90d1918dc21ea00a950
0a97bf4b354806dbc4b1c5816592c1e4dfcc62141956ab2da2a4a9dc6994]]