**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DINO BELLUOMINI ET AL.,

    Plaintiffs,

  v.

CITIGROUP INC ET AL.,

    Defendants.

No. C 13-01743 CRB

**JUDGMENT**

Having granted Defendants' motions to dismiss with prejudice, see Order (dkt. 48), the Court hereby enters judgment for Defendants and against Plaintiff.

**IT IS SO ORDERED.**

Dated: October 16, 2013

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE