IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DINO BELLUOMINI ET AL., | No. C 13-01743 CRB |
| Plaintiffs, | **JUDGMENT** |
| v. | |
| CITIGROUP INC ET AL., | |
| Defendants. | |

Having granted Defendants' motions to dismiss with prejudice, see Order (dkt. 48), the Court hereby enters judgment for Defendants and against Plaintiff.

**IT IS SO ORDERED.**

Dated: October 16, 2013

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE